FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABDIRAHMAN AHMED HASSAN,<br><br>                Plaintiff,<br><br>      v.<br><br>ELAINE C. DUKE,<br>*Acting Secretary, Department of Homeland Security*; and<br>KEITH BROWN,<br>*Yakima Field Director, U.S. Citizenship and Immigration Services*;<br><br>                Defendants. | No. 4:17-CV-05196-EFS<br><br>**ORDER DISMISSING CASE** |

On April 5, 2018, the parties filed a Stipulation of Dismissal Under Rule 41(a)(1)(A)(ii), ECF No. 15. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation of Dismissal Under Rule 41(a)(1)(A)(ii), **ECF No. 15**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE,** with each party to bear its own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

ORDER DISMISSING CASE - 1

1     **5.** The Clerk's Office is directed to **CLOSE** this file.

2     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this

3 Order and provide copies to all counsel.

4     **DATED** this __9th__ day of April 2018.

```
                    __s/Edward F. Shea____
                         EDWARD F. SHEA
                Senior United States District Judge
```